UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>       Petitioner,    )<br>            )<br>-v-            )<br>            )<br>ALLISON M. MORTON,    )<br>       Respondent.    )<br>_____) | No. 1:17-mc-12<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the final order entered on this date (ECF No. 9), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date:   March 7, 2017            /s/ Paul L. Maloney
                            Paul L. Maloney
                            United States District Judge

1